RECEIVED
IN ALEXANDRIA, LA.

JUL 2 1 2010

TONY R. MOORE, CLERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CURT MATTHEWS<br>    FED. REG.#55548-019 | CIVIL ACTION NO. 1:10-cv-0389 |
| VS. | SECTION P |
| | JUDGE TRIMBLE |
| JOE KEFFER, WARDEN | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein,  determining that the findings are correct under the applicable law,  and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, in Alexandria,  Louisiana, on this  21st  day of  July  , 2010.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE